DOCKET#
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

MAR 1 8 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION
FUND, NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS'
HEALTH FUND, NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS'
VACATION FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF
CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION
TRUST OF NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS',
BRIAN GENTRY, NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS, and
CONTRACT ADMINISTRATION FUND,

       Plaintiffs,

vs.            Case No. 08-cv-624

MYERS WALL SYSTEMS, INC., and
JESSE MYERS,

       Defendants.

ENTRY OF DEFAULT

  Plaintiffs North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters' Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust of North Central States Regional Council of Carpenters', Brian Gentry, North Central States Regional Council of Carpenters and Contract

Administration Fund, request that the Clerk of Court enter default against defendants Myers Wall Systems, Inc. and Jesse Myers, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants Myers Wall Systems, Inc. and Jesse Myers is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 18th day of March, 2009.

*Peter Oppeneer*
Peter Oppeneer, Clerk of Court