UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST OF
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS', and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS, and CONTRACT ADMINISTRATION FUND,

                 Case No. 08-CV-624
    Plaintiffs,

vs.

MYERS WALL SYSTEMS, INC., and
JESSE MYERS,
    Defendants.

---

ORDER FOR JUDGMENT
AGAINST DEFENDANT JESSE MYERS

---

  Request and application for default judgment against Defendant Jesse Myers brought by the Plaintiff North Central States Regional Council of Carpenters Vacation Fund in the above-captioned action were submitted to the Court and filed with the clerk.

  The Court, having duly heard all issues and a decision having been duly rendered, Orders as follows:

1.  Defendant Jesse Myers has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.  Jesse Myers violated the Employee Retirement Income Security Act of 1974, as amended, by failing to pay fringe benefit contributions to the plaintiff North Central States Regional Council of Carpenters Vacation Fund, said contributions being deducted from Myers Wall Systems, Inc.'s employees' paychecks.

3.  The court assesses the total damages in favor of the plaintiff North Central States Regional Council of Carpenters Vacation Fund and against Jesse Myers in the sum of $3,894.75 for contributions for the audited period December 1, 2007 through August 31, 2008.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiff, North Central States Regional Council of Carpenters' Vacation Fund and against Defendant Jesse Myers in the amount of $3,894.75 together with interest at the rate allowed by law.

Dated this 15 day of April, 2009.

BY THE COURT

Barbara B. Crabb
U. S. District Court Judge