UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST OF
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS', and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS, and CONTRACT ADMINISTRATION FUND,

            Plaintiffs,

vs.

MYERS WALL SYSTEMS, INC., and
JESSE MYERS,
            Defendants.

Case No. 08-CV-624

---

ENTRY OF JUDGMENT AGAINST DEFENDANT JESSE MYERS
ON THE DECISION BY THE COURT

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff North Central States Regional Council of Carpenters' Vacation Fund recover from the Defendant Jesse Myers the sum of $3,894.75 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 15th day of April, 2009.

_____
Peter Oppeneer
Clerk of Court


Approved as to form this 15 day of April, 2009.

_____
Barbara B. Crabb
U. S. District Court Judge