UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST OF
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS', and BRIAN GENTRY,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS, and CONTRACT ADMINISTRATION FUND,

                                                                        Case No. 08-CV-624

          Plaintiffs,

vs.

MYERS WALL SYSTEMS, INC., and
JESSE MYERS,
          Defendants.

---

ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
AS TO DEFENDANT MYERS WALL SYSTEMS, INC.

---

    This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

    **IT IS ORDERED AND ADJUDGED** that the Plaintiffs, North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters' Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North

Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust of North Central States Regional Council of Carpenters', and Brian Gentry, North Central States Regional Council of Carpenters, and Contract Administration Fund, recover from the Defendant Myers Wall Systems, Inc. the sum of $56,188.07 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 15th day of April, 2009.

_____
Clerk of Court

Approved as to form this 15th day of April, 2009.

_____
U. S. District Court Judge